875 A.2d 951

IN THE MATTER OF MICHAEL JAMES BUONOPANE,
AN ATTORNEY AT LAW.

July 1, 2005.

## ORDER

**MICHAEL JAMES BUONOPANE** of **FREEHOLD**, who was admitted to the bar of this State in 1987, having pleaded guilty to three counts of Indictment No. 04–1–00207–S, which charged second degree misapplication of entrusted property by failing to remit employee withholding taxes, third degree failure to file corporate business tax returns, and second degree misapplication of entrusted property by failing to remit sales and use taxes, and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), **MICHAEL JAMES BUONOPANE** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him, effective immediately and until the further Order of this Court; and it is further

ORDERED that **MICHAEL JAMES BUONOPANE** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **MICHAEL JAMES BUONOPANE** comply with *Rule* 1:20–20 dealing with suspended attorneys.